# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.B., et.al., <br><br> Plaintiffs, <br><br> v. <br><br> GARFIELD BEACH CVS., <br><br> Defendant. | No. 1:19-cv-00507 AWI SKO <br><br> **NEW CASE NUMBER** <br><br> **1:19-cv-00507 AWI BAM** <br><br> **ORDER OF RECUSAL** |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. Section 455 is appropriate in this matter.

IT IS THEREFORE ORDERED that the undersigned recuses herself as the magistrate judge to whom this case is assigned.

IT IS FURTHER ORDERED that this case is reassigned to Magistrate Judge Barbara A. McAuliffe.

All future pleadings filed with the court shall use the following case number:

**1:19-cv-00507 AWI BAM**

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

Dated: __April 22, 2019__         /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE

1